

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| STATE OF TEXAS, | § | No. 08-20-00180-CR |
| Appellant, | § | Appeal from the 243rd |
| v. | § | Judicial District Court |
| RAMON P. ASTORGA, JR., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20190D06768) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF OCTOBER, 2021.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.